**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 384 WAL 2019

           Respondent                  :

                                       :    Petition for Allowance of Appeal
                                       :    from the Order of the Superior Court

           v.                             :

GUY ROBERT ROHM,                 :

           Petitioner               :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.